02D01-1708-CT-000434
Allen Superior Court 1
Filed: 8/15/2017 11:59 AI
Cler
Allen County, Indian

USDC IN/ND case 1:17-cv-00402-TLS-PRC   document 4   filed 08/15/17   page 1 of 3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | )SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. _____ |

DAWN LABARBERA,            )
      Plaintiff,             )
                             )
v.                         )
                             )
UNIVERSITY OF SAINT FRANCIS OF )
FORT WAYNE, INDIANA, INC.  )
      Defendant.             )

# COMPLAINT

COMES NOW, Plaintiff, Dawn LaBarbera, by and through her attorney, Nikos C. Nakos, and does complain of the Defendant, University of Saint Francis of Fort Wayne, Indiana, Inc. as follows:

1. That at all relevant times Dawn LaBarbera was an employee of the University of Saint Francis of Fort Wayne, Indiana, Inc.

2. That at all relevant times the University of Saint Francis of Fort Wayne, Inc. was a corporation duly licensed under the State of Indiana.

3. That Dawn LaBarbera was employed by the University of Saint Francis of Fort Wayne, Indiana, Inc. in the capacity of professor and chair within the department of Physician Assistant Studies.

4. That Dr. LaBarbera became very ill during the course of her employment at the

University of Saint Francis of Fort Wayne, Indiana, Inc., and developed a condition known as Systemic Inflammatory Response Syndrome.

5. That it has been attributed that the aforementioned condition was a direct and proximate cause as a result of the unhealthy conditions in the facility in which Dr. LaBarbera worked at the University of Saint Francis of Fort Wayne, Indiana, Inc.

6. That Dr. LaBarbera brought her medical condition to the attention of the hierarchs at the University of Saint Francis of Fort Wayne, Indiana, Inc. and was forced to take a leave of absence as a result of her physical condition from the syndrome she suffers from.

7. That upon her return to employment in 2015, Dr. LaBarbera was placed in a hostile work environment.

8. That Dr. LaBarbera was harassed concerning her inability to come back at the same high level she was at prior to taking time off work.

9. That Dr. LaBarbera was serving on the committee for the recommendation of dean and served as a member of the Search and Screen Committee.

10. That Dr. LaBarbera was opposed at the limited interviews conducted for such an important position.

11. That Dr. LaBarbera contends she was discharged for her taking the position that more interviews should be conducted rather than only interviewing from within the University of Saint Francis of Fort Wayne, Indiana, Inc.

WHEREFORE, Dawn LaBarbera prays that this Honorable Court find for the Plaintiff, assess damages, award court fees, award attorney fees, and for any and all other relief as this Court deems appropriate.

Respectfully submitted,

/S/ Nikos C. Nakos
Nikos C. Nakos, ID#15344-02
Attorney for Plaintiff
126 W. Columbia Street, Suite 200
Fort Wayne, IN  46802
Telephone:  (260) 420-5455

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing paper or pleading was served upon the University of Saint Francis of Fort Wayne, Indiana, Inc., C/o Registered Agent, Sister M. Elise Kriss, O.S.F., University of Saint Francis, 2701 Spring Street, Fort Wayne, IN, 46808 – 3939.

/S/ Nikos C. Nakos
Nikos C. Nakos